| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT GRIZZLE, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-193
§
CHRISTOPHER BELL, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Robert Grizzle, proceeding *pro se*, filed this civil rights lawsuit against several defendants. The court previously referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment limited to failure to exhaust administrative remedies filed by defendants Bell, Roberts and Tillis be granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#18) is **ADOPTED**. The motion for summary judgment (#13) is **GRANTED** and the claims against defendants Bell, Roberts and Tillis are **DISMISSED**.

    SIGNED at Beaumont, Texas, this 22nd day of January, 2024.

                                                     MARCIA A. CRONE
                                          UNITED STATES DISTRICT JUDGE